379 A.2d 611

Commonwealth v. Strong, Appellant.

638

Argued April 12, 1977. Paulette J. Balogh, Appellate Counsel, with her Ralph J. Cappy, Public Defender, for appellant; Charles W. Johns, Assistant District Attorney, with him Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J., dissents.

VAN der VOORT, J., did not participate in the consideration or decision of this case.